**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE NOVAVAX INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 8:21-cv-02996-TDC |
| This Document Relates To:<br><br>ALL ACTIONS | (Consolidated with: No. 8:22-cv-01415-TDC and No. 1:22-cv-01417-TDC) |

**THE SPECIAL LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS OF NOMINAL DEFENDANT NOVAVAX, INC.'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT, APPROVAL OF FORM AND MANNER OF NOTICE, AND SETTING HEARING DATE ON FINAL APPROVAL OF SETTLEMENT**

Pursuant to Rule 23.1 of the Federal Rules of Civil Procedure, the Special Litigation Committee (the "SLC") of the Board of Directors of Novavax, Inc. ("Novavax" or the "Company"), by and through its undersigned counsel of record, respectfully moves this Court for an entry of an Order preliminarily approving the proposed settlement of this Action, as set forth in the Stipulation of Settlement and its exhibits (the "Settlement"), attached as Exhibit 1 to the accompanying Declaration of Leah E. León.

The SLC seeks an order:

(1) Granting preliminary approval of the Settlement, which, if granted final approval, would resolve this Action in its entirety;

(2) Granting approval of the proposed notice to Novavax stockholders; and

(3) Scheduling a hearing, and certain deadlines related thereto, on final approval of the Settlement and Plaintiffs' counsel's motion for an award of attorneys' fees and expenses.

This Motion is unopposed. The Parties' agreed-upon form of proposed Preliminary Approval Order (and accompanying exhibits) is submitted herewith as Exhibit B to the Stipulation of Settlement. Because the Motion is unopposed, the SLC respectfully requests that the Motion be expeditiously submitted without oral argument.

By: */s/ Franklin M. Rubinstein*
Franklin M. Rubinstein (Bar No. 15367)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1700 K Street NW, Fifth Floor
Washington, DC 20006
(202) 973-8800
E-mail: frubinstein@wsgr.com

Joseph R. Slights III (admitted *pro hac vice*)
Brad D. Sorrels (admitted *pro hac vice*)
Daniyal M. Iqbal (admitted *pro hac vice*)
Leah E. León (admitted *pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 304-7600
E-mail: jslights@wsgr.com
bsorrels@wsgr.com
diqbal@wsgr.com
leah.leon@wsgr.com

*Counsel for the Special Litigation Committee of the Board of Directors of Nominal Defendant Novavax, Inc.*