**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE NOVAVAX INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 8:21-cv-02996-TDC |
| This Document Relates To: ALL ACTIONS | (Consolidated with: No. 8:22-cv-01415-TDC and No. 1:22-cv-01417-TDC) |

**THE SPECIAL LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS OF NOMINAL DEFENDANT NOVAVAX, INC.'S MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT**

Pursuant to Rule 23.1 of the Federal Rules of Civil Procedure, the Special Litigation Committee (the "SLC") of the Board of Directors of Novavax, Inc. ("Novavax" or the "Company"), by and through its undersigned counsel of record, will move this Court on March 7, 2025 at 9:30 AM, before The Honorable Theodore D. Chuang, for an order finally approving the proposed Settlement on behalf of Novavax and its stockholders. The reasons for such motion are set forth in the SLC's Memorandum of Points and Authorities in Support of Preliminary Approval (ECF Nos. 117, 130), which, in addition to demonstrating that the proposed Settlement is fair and adequate, also lays out the facts and legal arguments supporting that the proposed Settlement is reasonable. *See Erny v. Mukunda*, 2020 WL 3639978, at *2

(E.D. Md. July 6, 2020) (on a motion for final approval, the court considers whether a settlement is fair, reasonable and adequate, and is "guided by exactly the same analysis" as for preliminary approval). A proposed order will be submitted on or before February 6, 2025, after the deadline for objections has passed.

By: */s/ Brad D. Sorrels*
Joseph R. Slights III (admitted *pro hac vice*)
Brad D. Sorrels (admitted *pro hac vice*)
Daniyal M. Iqbal (admitted *pro hac vice*)
Leah E. León (admitted *pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 304-7600
E-mail: jslights@wsgr.com
bsorrels@wsgr.com
diqbal@wsgr.com
leah.leon@wsgr.com

Franklin M. Rubinstein (Bar No. 15367)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1700 K Street NW, Fifth Floor
Washington, DC 20006
(202) 973-8800
E-mail: frubinstein@wsgr.com

*Counsel for the Special Litigation Committee of the Board of Directors of Nominal Defendant Novavax, Inc.*